United States District Court

Northern District of New York 11/13/2025

Andre Rene Levesque (Plaintiff)

Vs. Civil Action #

Wyatt Detention cnt.

Major Richards, and a sqt., several other officers

And some sort of social worker, and nursing personal

JURY TRIAL REQUEST

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 2 4 2025
AT____ O'CLOCK______
John M. Domurad, Clerk - Syracuse

---

1. (Plaintiff) Andre Rene Levesque (Attn: Sara Arnold, MSW) Dept of Human Services ~~4706 St. Rt. 374, Merrill New York 12933~~ 13 Durkee Street Plattsburgh, N.Y. 12901
2. (Defendants) Wyatt Detention cnt. 950 High Street, Center Falls, R.I. 02863
   Major Richards, a sgt. Several other officers and a sort of social worker and nursing personal
3. In the summer of 2016 while waiting to be released from the abduction of my self , and after Federal Judge Indira Talwani in Boston Mass. Said she was going to release me on May 4th 2016 I was brought to the facility and accused of having criminal charges, when in fact I was denied release and abducted by a socio path at the Federal Medical cnt. Devens in Massachusetts.
4. During the week I was at the Rhode Island facility, they placed me in a compleatly dirty discusting cell with spit hair grime and such, and they refused to let me go out side, lurerd me to a shower where I walked to without hand cuffs or shackles. Causing me extream distress and irreparable harms.
5. When I was done in the shower, a sqt. Said he was going to "fuck me" and I immediately said I wanted to file a prison rape illimination complaint, and the /African social worker shook his head back and forth like a no. and I was placed in handcuffs, exited the shower stall gate, and then attacked by several people , while my hands were cuffed behind my back, without provocation, they used chemicals to hurt me, brought me to a near by cell and again attacked me, hitting me, and I suffered bruse's, internal injury /broken rib, and emotional distresses, then returned to the medical cell, they had assigned me. Causing me immense distress and continuing to cause extreme distress's and irreparable harms, feelings of resentment and dissidence. My pain and suffering is enormous.
6. After the officers, came to their sences I was forced back into the shower then paraded handcuffed and shackled sooking wet and for days they refused to even get me an ice pack or and pain medications. Denieing me healthcare after the unprovoked attack, causing me immense distress's and continuing to cause me immense distress's and irreparable harms, I complained about, to the federal court in R.I. where I believe the judge errored after I made in

home to Merrill New York the next year. The emotional distress has made it difficult to prosecute this and other claims.

7. I was under intense bright light for the hole 180 hrs. causing me immense distress and irreparable harms.

8. One night at about 11pm I was heckled and again threatened by a lunatic because I wouldn't get up ? after a Lt. told all the officers, the door slot meal tray hole was not to be opened without a Sgt. And an officer present and he was alone, mistreating their medical patient, as I was being held without bond or charge, and in fact was due to be released Oct. 26th 2015, and then accused of being mentally ill, and On Nov. 1st 2016 the Honorable Judge wrote the Federal Bureau of Prisons had 7 days to release me as the government could not meet the burden of proff, while trying to have me committed for being dangerous, when in fact, I was abducted, by alledged doctors of fraud and their pharmicutical scam causing me immense distress's and continuing to cause thoughts of harming myself and others, immense distress's and irreparable harms.

9. After the one week their I went again to see the federal judge in Boston Mass. And returned to Federal Medical Cnt. Devens, when in fact their I was accused of pushing an officer down two flights of stairs, well he wanted to touch me,,,,,,,, and The grand jury refused to indict me. In a 11 to 12 verdict.

10. In concluetion, the above is a near exact rendition as the original filing in 2016 and has and continues to cause me immense distress's and irreparable harms, my pain and suffering is enormous.

Prayer for Relief

----------------------

250,000,000 two hundred fifty million dollars

Andre Rene Levesque

André Rene Levesque

(AL)

11/13/25

André Rene Levesque
(Attn: Sara Arnold, MSW)
Dept. of Human Services
13 Durkee St.
Plattsburgh, N.Y. 12901 (USA)

André Rene Levesque
Attn: Sara Arnold Dept. of Human Services
13 Durkee st.
Plattsburgh, N.Y. 12901

UNITED STATES OF AMERICA
FOREVER USA
NOV 20

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
NOV 24 2025
RECEIVED

James M. Hanley Federal Building
U.S.D.C. Northern District of N.Y.
Po Box 7367 100 S. Clinton St.
Syracuse, New York 13261

13261$7367 B001